# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2728
Lower Tribunal No. 2018DR015854-O

_____

CHANTELE LANETTE MONTOVER,

Appellant,

v.

PAUL MONTOVER,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
John D.W. Beamer, Judge.

April 30, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL, J., and LAMBERT, B.D., Associate Judge, concur.


Chantele Lanette Montover, Clermont, pro se.

Dayna Maeder, Nicholas A. Shannin, and Carole B. Shannin, of Shannin Law Firm, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED